

**FILED**

AUG 10 2007

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF ARIZONA

IN RE:  )
    GOLDMARK FOODS, INC. ) Case No. 98-06567- phx
    )
    Debtor(s) ) Judge Randolph J. Haines

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $4,112.23 was issued by the trustee to General Spice, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

<u>The original dividend check was mailed to General Spice, 238 St. Nicholas Ave. S., South Plainfiel, NJ 07080. That name is not a valid legal name. General Spice is, and always has been, a business acronym of ConAgra Foods Food Ingredients Company, Inc. d/b/a General Spice. ConAgra Foods Food Ingredients Company, Inc. is a wholly owned subsidiary of ConAgra Foods, Inc.</u>

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of <u>ConAgra Foods Food Ingredients Company, Inc. d/b/a General Spice,</u> applicant, and mail said check to the following address: ConAgra Foods, Inc., c/o Bob Ellis, One ConAgra Drive, Mail Stop 1-220, Omaha, NE 68102-5094.

Respectfully submitted,

Dated: 8/7/07

_____
Robert J. Bothe #15018
McGrath North Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070

On August 7, 2007 before me, Robert J. Bothe, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

My commission expires: 8/13/2010
Notary in and for the State of Nebraska



GENERAL NOTARY - State of Nebraska
NICOLE MOTACEK
My Comm. Exp. Aug. 13, 2010

Copy: Financial / Admin

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on August 7, 2007, a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the District of Arizona, 2 Renaissance Square, 40 N. Central Ave., Suite 1200, Phoenix, AZ 85004 by U.S. Mail, postage prepaid.

Dated: August 7, 2007

_____
Robert J. Bothe

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

IN RE: )
    GOLDMARK FOODS, INC. ) Case No. 98-06567- phx
)
    Debtor(s) ) **AUTHORITY TO ACT**
) Limited Power of Attorney Limited to one
) Transaction

1.  ConAgra Foods Food Ingredients Company, Inc. d/b/a General Spice, ("Client") appoints Robert J. Bothe of McGrath North Mullin & Kratz, PC LLO as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of Funds in the amount of $4,112.23 (the "Funds"), including the right to collect on Client's behalf any such funds that are held by a governmental agency or authority.

2.  Client grants to Robert J. Bothe the authority to do all things legally permissible and reasonably necessary to recover or obtain the Funds held by the governmental agency or authority. The limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to and in accordance with its agreement with Client.

3.  Robert J. Bothe may not make any expenditure or incur any costs or fees on behalf of Client without Client's prior written consent.

4.  This authority to ACT shall become effective on the below signed date and shall expire upon collection of the aforementioned Funds. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     _Aug 6, 2007_____
Signature                                                     Date

Leo Knowles _____     Vice President_____
                                                        Title

Leo A. Knowles

**Be it acknowledged**, that the undersigned hereby says under oath that the corporate seal for this corporation is unavailable.

By: _____

**ConAgra Foods**
ConAgra Foods, Inc.
One ConAgra Drive
Mail Stop 1-330
Omaha, NE 68102
tel: [illegible] 402-595-4232 fax: 402-595-4259
email: leo.knowles@conagrafoods.com

State of Nebraska )      County of Douglas )

On this 6th day of August, 2007, before, me the undersigned Notary Public in and for the said County and State, personally appeared Leo Knowles known to me to be the person described in and who executed the foregoing instrument, and who acknowledge to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

GENERAL NOTARY - State of Nebraska
SHEROLYN S. BENTON
My Comm. Exp. Oct. 6, 2007

NOTARY PUBLIC _Sherolyn S. Benton_     My Commission expires _10-6-07_

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF ARIZONA

IN RE: )
    GOLDMARK FOODS, INC. ) Case No. 98-06567- phx
)
    Debtor(s) ) **AFFIDAVIT OF CLAIMANT**

I, LEO KNOWLES, Vice President of ConAgra Foods Food Ingredients Company, Inc. d/b/a General Spice (ConAgra Foods Food Ingredients Company, Inc. is a wholly owned subsidiary of ConAgra Foods, Inc.), (the Company) under penalty of perjury of the laws of the United States of America state the following statements are true and correct:

1.     In my position within the Company, I am qualified to sign on behalf of the Company and I am knowledgeable of the Company history.

2.     The Company is, to the best of my knowledge, the entitled claimant to the unclaimed funds referenced in this application.

3.     The Company is the successor in interest to General Spice and is now entitled to funds owed to General Spice. This transaction occurred approximately in 1990. Company records from that period are unavailable and are presumed lost.

4.     The Company has authorized Robert J. Bothe of McGrath North Mullin & Kratz, PC LLO to represent our interests and manage the recovery of an outstanding unclaimed fund amount of $4,112.23 resulting from the bankruptcy of Debtor, Goldmark Foods, Inc.

5.     The Company's current contact information is as follows:

    Leo Knowles, Esq.
    ConAgra Foods, Inc.
    One ConAgra Drive
    Omaha, NE 68102
    (402) 595-4633

Signed this 6th day of August, 2007     Signature _____

Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this corporation is unavailable.

    By: _____

State of Nebraska )      County of Douglas )

On this 6th day of August, 2007, before, me the undersigned Notary Public in and for the said County and State, personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his free act. Identification for the above named was (check where appropriate): ____ Driver's License (or specify other identification type _____) or _X_ Personally Known.

Signed this 6th day of August, 2007.

NOTARY PUBLIC _____

GENERAL NOTARY - State of Nebraska
SHEROLYN S. BENTON
My Comm. Exp. Oct. 6, 2007

My Commission expires 10-6-07

## McGRATH NORTH MULLIN & KRATZ, PC LLO

ATTORNEYS AT LAW

SUITE 3700 FIRST NATIONAL TOWER
1601 DODGE STREET, OMAHA, NEBRASKA 68102
www.mcgrathnorth.com

ROBERT J. BOTHE

TELEPHONE: 402-341-3070
E-MAIL: rbothe@mcgrathnorth.com

August 7, 2007

**RECEIVED**

AUG 1 0 2007

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

United States Bankruptcy Court
District of Arizona
Attention: Unclaimed Funds
230 North First Avenue
Suite 101
Phoenix, AZ 85003-1706

Re: *Goldmark Foods, Inc.*
*98-06567-phx*

To Whom It May Concern:

Please be advised we represent ConAgra Foods, Inc. regarding the above referenced matter. Enclosed for your review, filing and processing, please find the following documents:

1. Application for Release of Unclaimed Funds with attached Proof of Service of Application on U.S. Attorney;

2. Authority to Act;

3. Affidavit of Claimant;

4. Required Information for Payment form; and

5. Proposed Order for Payment of Unclaimed Funds.

If you should have any questions or concerns regarding the above documents or our client's claim for unclaimed funds, please do not hesitate to contact me at the above address, telephone (402-341-3070), or email me at rbothe@mcgrathnorth.com.

Thank you for your assistance in this matter.

Cordially,

Robert J. Bothe

RJB:da

Enclosures

# United States Bankruptcy Court
### District of Arizona, Phoenix Division

## PROOF OF CLAIM

In re (Name of Debtor): GOLDMARK FOODS, INC.
Case Number: 98-06667-PHX-RGM
Chapter 7
Soc. Sec./Tax ID Nos. SSN: N/A EIN: N/A

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor: GENERAL SPICE

Name and Address Where Notices Should be Sent:
GENERAL SPICE
238 ST NICHOLAS AVE., S
SOUTH PLAINFIELD, NJ 07080

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FILED OCT 30 1998**
KEVIN E. O'BRIEN, CLERK
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Your Creditor Number is: 19

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 3076

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

### 1. BASIS FOR CLAIM
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)

### 2. DATE DEBT WAS INCURRED
(See attached)

### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM.
Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 9,086.73
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C.§ 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § (507)(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ 9,086.73 (Unsecured) $ _____ (Secured) $ _____ (Priority) $ 9,086.73 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

### 6. CREDITS AND SETOFFS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

### 7. SUPPORTING DOCUMENTS.
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. TIME-STAMPED COPY.
To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 10/28/98
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
James G. Dworak, Assistant Controller

THIS SPACE IS FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§ 152 and 3571.

```
ACR300D1-01       ** PR   ** General Spice Companie  ****  DE1PF108C      7/01/98
S1046789                     Customer Level                 LISAS         07:30:57
                       C O R P O R A T E   L E V E L
A/R Customer Number      :    3076     3076      +    Gold Mark Foods
Alpha Search Key         : Gold Mark Foods       +    4245 North 40th Avenue
Date Account Opened      :           2/17/98          Phoenix
Last Transaction Date    :           4/17/98
Amount Credit Limit      :              1.00          AZ   85019                USD
Amount Due               :          9,086.73
Drafts Due               :               .00          Credit Information
Open Order Amount        :               .00   Analyst              :  CL15
Available Credit         :          9,085.73-  Last Review Date     :     0/00/00
Default Company          :                 5   Next Review Date     :     0/00/00
Days Credit Limit        :                45   Next Contact Date    :     0/00/00
Average Pay Days         :                99   High Credit Date     :     3/31/98
Last Document Date       :           4/17/98   High Credit          :    15,010.50
Last Payment Amount      :          7,233.67   Invoices in Conditions :           5
Last Payment Date        :           4/17/98   Cond. Total          :     7,776.83
Terms Code/Desc          : 10   NET 10
Customer Phone           : (602)269-6108             Duns Number      :
Customer/Statement Type  : IND                       D&B Rating       :

F1=Help   F3=Exit   F4=Prompt   F6=Conditions   F24=More Keys
```

```
ACR300D9-01      ** PR●  * General Spice Companies ●***   DE1PF108C    7/01/98
S1046789              A   Invoice Level List Screen         LISAS      07:29:40
Summary                   C O R P O R A T E   V I ≏ W
Cust  5 +  3076 + Gold Mark Foods              Invoice    __ _____
Open                  P.O. Number _____   Trn/Rs  __ + __ + __
Currency Code    + Total Due          9,086.73 Profit Center
Select action and press Enter.  2=Revise  11=New Transactions  12=Contacts
O   Cust#    Doc No. T   Due Amount  Tran Dte Trn Rs Purchase Order# Order#
Tc  Co       Ref. Due Date  Original Amount Disc Due    Discount Amount
__  3076   00042723 I       298.84   4/18/97
__  3076   00045710 I       191.68   9/30/97
__  3076   00047048 I      6704.81  11/17/97
__  3076   00047358 I        38.34  11/22/97
__  3076   00048373 I       543.16   1/08/98
__  3076   00100480 I      1309.90   4/17/98           28651           1526
```

F1=Help   F3=Exit   F4=Prompt   F6=Conditions   F7=Backward   F24=More Keys

# District of Arizona
# Claims Register

### 2:98-bk-06567-RJH GOLDMARK FOODS, INC. CASE CONVERTED on 08/24/1998

**Judge:** Randolph J. Haines  **Chapter:** 7
**Office:** Phoenix  **Last Date to file claims:** 01/04/1999
**Trustee:** DAVID A. BIRDSELL  **Last Date to file (Govt):**

| Creditor: (3096677)<br>GENERAL SPICE<br>238 ST NICHOLAS AVE., S<br>SOUTH PLAINFIEL, NJ 07080 | Claim No: 62<br>Filed: 10/30/1998<br>Entered: 11/02/1998 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 11/02/1998 |
|---|---|---|

Unsecured claimed: $9086.73
Secured claimed: $0.00
Priority claimed: $0.00
Unknown claimed: $0.00
Admin claimed: $0.00
**Total claimed: $9086.73**

*History:*
● 62-1    10/30/1998    Claim #62 filed by GENERAL SPICE, total amount claimed: $9086.73

*Description:* (62-1) 3076 ; .

*Remarks:* (62-1) Converted from NIBS.

## Claims Register Summary

**Case Name:** GOLDMARK FOODS, INC.
**Case Number:** 2:98-bk-06567-RJH
**Chapter:** 7
**Date Filed:** 05/27/1998
**Total Number Of Claims:** 1

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | $9086.73 |  |
| Secured | $0.00 |  |
| Priority | $0.00 |  |
| Unknown | $0.00 |  |
| Administrative | $0.00 |  |
| Total | $9086.73 | $0.00 |